**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. CR 16-316(1) RHK/KMM |
| Plaintiff, | |
| v. | **ORDER** |
| (1) Alexis Rios-Uscanga, *also known as Alex*, | |
| Defendant. | |

The above matter comes before the Court upon the March 13, 2017 Report and Recommendation of United States Magistrate Judge Katherine Menendez; Timely objections have been filed to the Report and Recommendation.

The undersigned has conducted a de novo review of the Report and Recommendation, the Objections thereto, and Defendant's Response (Doc. No. 58). Based on the foregoing, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 57) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 54) is **ADOPTED**;

3. Mr. Rios-Uscanga's Pretrial Motion to Suppress Fruits of Unlawful Search and Seizure (Doc. No. 30) is **GRANTED IN PART AND DENIED IN PART**;

4. All physical evidence seized as a result of any of the four warrants is **SUPPRESSED** as fruit of the improper initial warrant;

5. The statements made by Mr. Rios-Uscanga during the interview after the search of the home **ARE NOT SUBJECT TO SUPPRESSION** as fruit of the improper initial warrant.

Date: April 26, 2017

                                                s/ Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge